# PLAINTIFF'S APPENDIX 15



**PLAINTIFF'S EXHIBIT**
12
5:16-CT-3018-F



KREMBEL, MICHAEL
MRN: D1316242
DOB: 2/28/1944, Sex: M
Enc. Date: 01/14/15

## Post Op
1/14/2015 Post Op

### Progress Notes

**Progress Notes by Danielle E Sherman, RN at 1/14/2015 11:47 AM**

| | | |
|---|---|---|
| Author: Danielle E Sherman, RN | Service: (none) | Author Type: Registered Nurse |
| Filed: 1/14/2015 12:13 PM | Note Time: 1/14/2015 11:47 AM | Status: Signed |
| Editor: Danielle E Sherman, RN (Registered Nurse) | | |

Adaptic applied to superficial wounds of scalp and covered with a dry dressing.

Electronically signed by Danielle E Sherman, RN at 1/14/2015 12:13 PM

**Progress Notes by Detlev Erdmann, MD at 1/14/2015 12:08 PM**

| | | |
|---|---|---|
| Author: Detlev Erdmann, MD | Service: (none) | Author Type: Physician |
| Filed: 1/14/2015 12:13 PM | Note Time: 1/14/2015 12:08 PM | Status: Signed |
| Editor: Detlev Erdmann, MD (Physician) | | |

### Consultation

**History of Present Illness:** Michael Krembel is a 70 y.o. White or Caucasian male who is returning for a routine postoperative visit s/p excision of a neglected squamous cell carcinoma of the scalp in the past. Failed cranioplasty with mesh plate due to infection, status post scalp reconstruction with free latissimus dorsi flap, Integra placement and split-thickness skin grafting. Status post removal of lymph node neck metastasis and adjuvant radiation therapy. The patient is returning for a routine follow up visit referred from the prison in Butner.

**Past Medical History**

| Diagnosis | Date |
|---|---|
| Encounter for blood transfusion | |
| Skin cancer | |

**Past Surgical History**

| Procedure | Laterality | Date |
|---|---|---|
| Meniscus repair | Right | |
| Inguinal hernia repair | Right | |
| Excision of scca of scalp | | 2/2013 |
| Reexcision of scca of scalp | | 4/2013 |
| Resection tumor soft tissue face/scalp radical | Bilateral | 7/22/2014 |
|     Procedure: RESECTION TUMOR SOFT TISSUE FACE/SCALP RADICAL; Surgeon: Samuel Rankin Fisher, MD; Location: DUKE NORTH OR; Service: Otolaryngology Head and Neck; Laterality: Bilateral; | | |
| Craniectomy w/excision skull tumor/lesion | Bilateral | 7/22/2014 |
|     Procedure: CRANIECTOMY W/EXCISION SKULL TUMOR/LESION; Surgeon: Samuel Rankin Fisher, MD; Location: DUKE NORTH OR; Service: Otolaryngology Head and Neck; Laterality: Bilateral; | | |
| Free muscle flap face | Right | 8/19/2014 |
|     Procedure: FREE MUSCLE FLAP FACE, scalp; Surgeon: Detlev Erdmann, MD; Location: DMP OPERATING ROOMS; Service: Plastic Surgery; Laterality: Right; | | |
| Split thickness skin graft face | Right | 8/19/2014 |
|     Procedure: SPLIT THICKNESS SKIN GRAFT FACE, scalp; Surgeon: Detlev Erdmann, MD; Location: DMP OPERATING ROOMS; Service: Plastic Surgery; Laterality: Right; | | |
| Craniectomy for osteomyelitis | N/A | 8/19/2014 |

Generated on 1/22/2015 2:49 PM

16452-055    1/14    byh