IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

MICHAEL L. KREMBEL,

        Plaintiff,

v.                                   **Judgment in a Civil Case**

UNITED STATES OF AMERICA,

        Defendant.                     Case Number: 5:16-CT-3018-FL

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the defendant's motion for summary judgment.

**IT IS ORDERED AND ADJUDGED**, in accordance with the court's order entered this date, that defendant's motion for summary judgment is granted and this action is hereby dismissed.

This Judgment Filed and Entered on March 29, 2019, with service on:

  Bruce W. Berger and James Braxton Craven, III     (via CM/ECF Notice of Electronic Filing)

  Rudy E. Renfer                                       (via CM/ECF Notice of Electronic Filing)

March 29, 2019                                 PETER A. MOORE, JR., CLERK
                                                    /s/ M. Castania
                                                    By M. Castania, Deputy Clerk