FILED: February 11, 2021

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 19-6774
(5:16-ct-03018-FL)

_____

JASON KREMBEL, Executor of the Estate of Michael L. Krembel

 Plaintiff - Appellant

v.

UNITED STATES OF AMERICA

 Defendant - Appellee

_____

M A N D A T E

_____

The judgment of this court, entered December 1, 2020, takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

*/s/Patricia S. Connor, Clerk*